UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MORTEZA HAKIMI, | ) CASE NO.: C06-0590-TSZ-MAT |
| Petitioner, | ) |
| v. | ) ORDER DECLINING TO |
| | ) SERVE § 2254 PETITION |
| SANDRA CARTER, | ) |
| Respondent. | ) |

The Court, having reviewed the § 2254 petition, does hereby find that the petition is defective for the following reason:

(1) The petition has not been signed by petitioner nor has petitioner's counsel provided a proper verification of the petition. The Court therefore declines to Order that the petition be served. Petitioner may either file a signature page for the petition, signed by petitioner, or counsel for petitioner may verify the petition on behalf of petitioner, pursuant to Local Rule CR 100(e).

The signature page or verification shall be filed not later than twenty (20) days from the date on which this Order is signed and shall carry the same case number as the present petition. If petitioner fails to timely comply with this Order, the Court may recommend dismissal of the

ORDER DECLINING TO SERVE § 2254 PETITION
PAGE -1

01 petition.

02     (2)    The Clerk is directed to send a copy of this Order to petitioner's counsel and to the

03 Honorable Thomas S. Zilly.

04     DATED this <u>4th</u> day of May, 2006.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER DECLINING TO SERVE § 2254 PETITION
PAGE -2