UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MORTEZA HAKIMI, | ) | CASE NO.: C06-0590-TSZ-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING PETITIONER'S |
| v. | ) | MOTION TO EXTEND TIME FOR |
| | ) | FILING RESPONSE AND RE- |
| SANDRA CARTER, | ) | NOTING FEDERAL HABEAS |
| | ) | PETITION |
| Respondent. | ) | |
| _____ | ) | |

This matter comes before the Court on petitioner's motion to extend the time for filing a response to respondent's answer and to re-set the hearing date. The Court, having considered petitioner's motion, and the balance of the record, does hereby ORDER as follows:

(1) Petitioner's motion to extend the time for filing a response to respondent's answer (Dkt. No. 17) is GRANTED. Petitioner is directed to file and serve his response not later than ***December 1, 2006***.

(2) Respondent may file and serve any reply brief in support of her answer not later than ***December 8, 2006***.

(3) Petitioner's federal habeas petition is RE-NOTED on the Court's calendar for

ORDER GRANTING PETITIONER'S MOTION TO
EXTEND TIME FOR FILING RESPONSE AND RE-
NOTING FEDERAL HABEAS PETITION
PAGE -1

consideration on *December 8, 2006*.

  (4) The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable Thomas S. Zilly.

  DATED this <u>3rd</u> day of November, 2006.

            /s/ Mary Alice Theiler
            Mary Alice Theiler
            United States Magistrate Judge

ORDER GRANTING PETITIONER'S MOTION TO
EXTEND TIME FOR FILING RESPONSE AND RE-
NOTING FEDERAL HABEAS PETITION
PAGE -2