```
_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED
```

APR 04 2007
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                          DEPUTY

06-CV-00590-PET

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MORTEZA HAKIMI, | CASE NO.: C06-0590-TSZ |
| Petitioner, | |
| v. | ORDER DISMISSING § 2254 PETITION |
| SANDRA CARTER, | |
| Respondent. | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's federal habeas petition (Dkt. No. 9), and this action, are DISMISSED with prejudice, and

(3) The Clerk is directed to send copies of this Order to all counsel of record and to Judge Theiler.

DATED this 4th day of April, 2007.

THOMAS S. ZILLY
United States District Judge

ORDER DISMISSING § 2254 PETITION
PAGE -1